Form 8

FORM 8. Entry of Appearance

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Internet Patents Corporation _____ v. Permanent General Assurance

No. 14-1048

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se       [✓] As counsel for:   Permanent General Assurance _____
                                          Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[ ] Appellant   [✓] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | John F. Triggs |
| Law firm: | Waddey Patterson PC |
| Address: | 1600 Division Street, Suite 500 |
| City, State and ZIP: | Nashville, TN 37203 |
| Telephone: | 615-242-2400 |
| Fax #: | 615-242-2221 |
| E-mail address: | jft@iplawgroup.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/14/1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/12/13
_____
Date

_____
Signature of pro se or counsel

cc: Joseph Greco/Kimberly Zapata

123

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served

on counsel for the opposing party identified below via electronic means (by CM/ECF) on this the

12th day of November, 2013.

Counsel for Internet Patents Corporation:

Joseph A. Greco
Kimberly P. Zapata
Beck, Bismonte & Finley, LLP
150 Almaden Blvd., 10th Floor
San Jose, California 95113
jgreco@beckllp.com
kzapata@beckllp.com

/s/ John F. Triggs

John F. Triggs
WADDEY PATTERSON, P.C.
Suite 500, Roundabout Plaza
1600 Division Street
Nashville TN 37203
(615) 242-2400
jft@iplawgroup.com