14-1048
_____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
_____

INTERNET PATENTS CORPORATION, f/k/a Insweb Corporation,

Plaintiff – Appellant,

v.

PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, GENERAL AUTOMOBILE INSURANCE SERVICES, INC., D/B/A THE GENERAL, PERMANENT GENERAL ASSURANCE CORPORATION,

Defendants – Appellees.
_____

Appeal from the United States District Court for the Northern District of California
In case no. 3:12-CV-05036, Judge Jeffrey S. White.
_____

DEFENDANTS-APPELLEES THE GENERAL'S NOTICE OF JOINDER TO DEFENDANT-APPELLEE'S QUINSTREET, INC.'S OPPOSITION TO MOTION FOR CONSOLIDATION
_____

John F. Triggs
Waddey & Patterson, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203

*Attorney for Defendants-Appellees*
*The General*

December 5, 2013
_____

1

On November 21, 2013, Plaintiff-Appellant Internet Patents Corporation ("IPC") filed its Motion for Consolidation, Consolidated Briefing, and Consolidated Appendix ("IPC's Motion") in the above-captioned matter. For its response to IPC's Motion, Defendants-Appellees Permanent General Assurance Corporation of Ohio, General Automobile Insurance Services, Inc., D/B/A The General, Permanent General Assurance Corporation (collectively "The General") hereby give notice that it joins in the December 5, 2013 brief filed by Defendant-Appellee QuinStreet, Inc. ("QuinStreet") in response to IPC's Motion for Consolidation, Consolidated Briefing, and Consolidated Appendix in the related appeal captioned *Internet Patents Corporation v. QuinStreet, Inc.*, Appeal No. 14-1062 pending in this Court.

IPC's Motion in the instant appeal is identical in all material respects to the motion for consolidation IPC filed in the QuinStreet appeal. The General joins in the entirety of QuinStreet's Response Brief and incorporates QuinStreet's Response Brief (and any attachments) herein by reference. The General also supports the position of Defendant-Appellee Tree.com, Inc. ("Tree.com") in response to IPC's Motion for Consolidation, Consolidated Briefing, and Consolidated Appendix in the related appeal captioned *Internet Patents Corporation v. Tree.com, Inc.*, Appeal No. 14-1063 pending in this Court.

This joinder is pursuant to Rule 28 of the Federal Rules of Appellate Procedure, the Federal Circuit Rules, and any relevant precedent or other applicable rules or orders of the Court.

For the foregoing reasons, Defendant-Appellee The General respectfully requests that this Court:

ORDER that IPC's motion that the four Defendants-Appellees jointly file one consolidated opposition brief be denied.

| | |
|---|---|
| Date: December 5, 2013 | /s/ John F. Triggs<br>John F. Triggs<br>Waddey & Patterson, P.C.<br>1600 Division Street, Suite 500<br>Nashville, TN 37203<br><br>*Attorney for Permanent General Assurance Corporation of Ohio, General Automobile Insurance Services, Inc., D/B/A The General, Permanent General Assurance Corporation.* |

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 5, 2013 by electronic means by (email or CM/ECF) of the document entitled:

**DEFENDANTS-APPELLEES THE GENERAL'S NOTICE OF JOINDER TO DEFENDANT-APPELLEE'S QUINSTREET, INC.'S OPPOSITION TO MOTION FOR CONSOLIDATION**

Joseph A. Greco
Justin T. Beck
Kimberly P. Zapata
Beck, Bismonte & Finley LLP
150 Almaden Boulevard
10th Floor
San Jose, CA 95113
jgreco@beckross.com
jbeck@beckross.com
kzapata@beckross.com

Date: December 5, 2013        /s/ John F. Triggs
                              John F. Triggs
                              Waddey & Patterson, P.C.
                              1600 Division Street, Suite 500
                              Nashville, TN 37203