NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNET PATENTS CORPORATION, f/k/a Insweb Corporation,**
*Plaintiff-Appellant,*

v.

**ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., d/b/a The General, Permanent General Assurance Corporation, PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, QUINSTREET, INC., AND TREE.COM, INC.**
*Defendants-Appellees.*

---

2014-1048, -1061, -1062, -1063

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-05035-JSW, 3:12-cv-05036-JSW, 3:12-cv-06505-JSW, and 3:12-cv-06506-JSW, Judge Jeffrey S. White.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

**O R D E R**

2    INTERNET PATENTS CORPORATION v. PERMANENT GENERAL ASSURANCE

Internet Patents Corporation moves to consolidate appeal 2014-1048 with appeals 2014-1061, 2014-1062, and 2014-1063 for briefing and oral argument purposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted. The revised official caption is reflected above. The appeals shall be argued as a single case.

(2)  Internet Patents Corporation's opening brief for all four cases is due January 30, 2014.

(3)  The appellees may file consolidated briefs or separate briefs. Internet Patents Corporation shall file a consolidated reply brief. A consolidated joint appendix shall be filed.

(4)  All other pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26