14-1048
_____

# United States Court of Appeals for the Federal Circuit
_____

**INTERNET PATENTS CORPORATION, f/k/a Insweb Corporation,**
*Plaintiff-Appellant,*

v.

**ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., d/b/a The General, Permanent General Assurance Corporation, PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, QUINSTREET, INC., AND TREE.COM, INC.**
*Defendants-Appellees.*
_____

2014-1048, -1061, -1062, -1063
_____

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-CV-05035-JSW, 3:12-CV-05036-JSW, 3:12-CV-06505-JSW, and 3:12-CV-6506-JSW, Judge Jeffrey S. White.
_____

APPELLEES ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., PERMANENT GENERAL ASSURANCE CORPORATION, PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, AND QUINSTREET, INC.'S UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR FILING RESPONSIVE BRIEF(S)

January 29, 2014

John F. Triggs
Waddey & Patterson, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
jft@iplawgroup.com
*Counsel for The General Automobile Insurance Services, Inc., Permanent General Assurance Corporation, and Permanent General Assurance Corporation of Ohio.*

Matthew D. Murphey
Troutman Sanders LLP
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
(858) 509-6000
matt.murphey@troutmansanders.com
*Counsel for The Active Network, Inc.*

Thomas F. Fitzpatrick
Andy H. Chan
Pepper Hamilton LLP
555 Twin Dolphin Drive
Redwood City, CA 94065-2133
(650) 620-9550
fitzpatrickt@pepperlaw.com
chana@pepperlaw.com
*Counsel for Quinstreet, Inc.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee QuinStreet, Inc. ("QuinStreet"), Appellee The Active Network, Inc. ("Active Network"), and Appellees The General Automobile Insurance Services, Inc., d/b/a The General, Permanent General Assurance Corporation, and Permanent General Assurance Corporation of Ohio ("The General") respectfully move for an extension of time of the due date for their responsive brief(s), which is (are) currently due on March 13, 2014.[1]  The above-named appellees are hereinafter referred to as "Appellees."  Other appellee Tree.com, Inc. ("Tree.com") has already filed a separate motion for an extension of time and, therefore, is not included in this motion.

The requested extension is for 28 days from the current due date of March 13, 2014, and would move the due date for Appellees' responsive brief(s) up to and including April 10, 2014, to maintain conformity with Tree.com's request.[2]  This is Appellees' first request for an extension of time in this appeal.

---

[1] When the Clerk of the Court docketed IPC's Brief, the Clerk extended appellees' response date to March 13 from the original due date of March 10.  (*see* Docket No. 17.)

[2] Tree.com's motion for an extension was filed before the Clerk of the Court docketed Appellant's brief and extended appellees' response date to March 13.  Accordingly, counsel for Tree.com made its motion based on the March 10 due date; therefore, Appellees herein ask that their extension be granted to coincide with Tree.com's requested extension date.  *Internet Patents Corporation v. Tree.com, Inc.*, 14-1063, Docket No. 38, p. 2 (Fed. Cir. Jan. 28, 2014).

Counsel for Appellees have discussed this motion with counsel for Appellant Internet Patents Corporation ("IPC") and counsel for Tree.com, who have indicated that IPC and Tree.com do not oppose the extension of time requested in this motion.

This extension is requested for three reasons. First, QuinStreet's attorneys, like counsel for Tree.com, will be preparing for and attending trial during the month of February, 2014. Due to the trial schedules of two of the four counsel for Appellees, the current deadline would create a hardship upon counsel to devote the necessary amount of time to properly brief the issues and coordinate the filing of Appellees' response(s) to IPC's brief.

Second, this extension is requested to promote efficiency and coordination among all Appellees. Because IPC can file only one consolidated reply brief (*see* Docket No. 15), the due date for that reply brief would be complicated if each of these related appeals were not on the same briefing schedule. Appellees believe that keeping the scheduling dates consistent across all of these appeals will promote efficiency and coordination among all parties.

Third, the extension is requested because counsel for all Appellees continue to consider – but have not decided – whether it is in each of the Appellees' best interest to file a single, joint responsive brief in the related cases. Counsel continue to analyze IPC's opening brief, the relevant case law, and the facts of this

matter that are peculiar to each of the individual Appellees. In this context, counsel for Appellees continue to evaluate whether a joint responsive brief is appropriate. As such, Appellees believe that the requested 28 day extension will provide sufficient time to evaluate whether a joint responsive brief is in Appellees' best interests and will ensure that, no matter how many briefs are filed, all will be due on the same date.

In accordance with Federal Circuit Rule 26(b)(5), the declaration of John F. Triggs filed concurrently herewith sets forth the good cause sufficient for the requested extension. Therefore, Appellees respectfully request that the Court extend the due date of Appellees' responsive brief(s) up to and including April 10, 2014. A proposed order is filed along with this motion.

Respectfully submitted on January 29, 2014,

| /s/ John F. Triggs | /s/ Matthew D. Murphey |
|---|---|
| John F. Triggs | Matthew D. Murphey |
| Waddey & Patterson, P.C. | Troutman Sanders LLP |
| 1600 Division Street, Suite 500 | 11682 El Camino Real, Suite 400 |
| Nashville, TN 37203 | San Diego, California 92130-2092 |
| (615) 242-2400 | (858) 509-6000 |
| jft@iplawgroup.com | matt.murphey@troutmansanders.com |
| *Counsel for The General Automobile Insurance Services, Inc., Permanent General Assurance Corporation, and Permanent General Assurance Corporation of Ohio.* | *Counsel for The Active Network, Inc.* |

/s/ Thomas F. Fitzpatrick
Thomas F. Fitzpatrick
Andy H. Chan
Pepper Hamilton LLP
555 Twin Dolphin Drive
Redwood City, CA 94065-2133
(650) 620-9550
fitzpatrickt@pepperlaw.com
chana@pepperlaw.com
*Counsel for Quinstreet, Inc.*

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on January 29, 2014 by electronic means (via e-mail or CM/ECF) of the document entitled "APPELLEES ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., PERMANENT GENERAL ASSURANCE CORPORATION, PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, AND QUINSTREET, INC.'S UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME FOR FILING RESPONSIVE BRIEF(S)," including:

Joseph A. Greco
Justin T. Beck
Kimberly P. Zapata
Beck, Bismonte & Finley LLP
150 Almaden Boulevard
10th Floor
San Jose, CA 95113
jgreco@beckross.com
jbeck@beckross.com
kzapata@beckross.com
*Counsel for Plaintiff-Appellant*
*Internet Patents Corporation.*

Date:  January 29, 2014

/s/ John F. Triggs
John F. Triggs
Waddey & Patterson, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
jft@iplawgroup.com

**CERTIFICATE OF COMPLIANCE PURSUANT TO
FED. R. APP. P. 32(A)(7)(B)(i) AND FED. CIR. R. 32(B)**

I hereby certify that this document complies with the type-volume limitations under Fed. R. App. P. 32(a)(7)(B)(i) and Fed. Cir. R. 32(b). The word processing system used to prepare the motion indicates that its substantive text contains 618 words.

Date:  January 29, 2014

/s/ John F. Triggs
John F. Triggs
Waddey & Patterson, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400
jft@iplawgroup.com