NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**INTERNET PATENTS CORPORATION, f/k/a Insweb Corporation,**
*Plaintiff-Appellant,*

v.

**ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC., d/b/a The General, Permanent General Assurance Corporation, PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, QUINSTREET, INC.** AND **TREE.COM, INC.,**
*Defendants-Appellees.*

2014-1048, -1061, -1062, -1063

Appeals from the United States District Court for the Northern District of California in No. 3:12-cv-05036-JSW, Judge Jeffrey S. White.

**ON MOTION**

**O R D E R**

QuinStreet, Inc., The Active Network, Inc., The General Automobile Insurance Services, Inc., d/b/a The Gen-

eral, Permanent General Assurance Corporation, and Permanent General Assurance Corporation of Ohio move without opposition for an extension of time, until April 10, 2014, for the appellees to file their responsive briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                    FOR THE COURT

                                    /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

s21