NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERNET PATENTS CORPORATION (formerly known as Insweb Corporation),**
*Plaintiff-Appellant,*

v.

**ACTIVE NETWORK, INC., THE GENERAL AUTOMOBILE INSURANCE SERVICES, INC. (doing business as The General, Permanent General Assurance Corporation), PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO, QUINSTREET, INC., and TREE.COM, INC.,**
*Defendants-Appellees.*

---

2014-1048, -1061, -1062, -1063

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:12-cv-05036-JSW, 3:12-cv-05035-JSW, 3:12-cv-06506-JSW, and 3:12-cv-06505-JSW, Judge Jeffrey S. White.

---

PER CURIAM.

**O R D E R**

2     INTERNET PATENTS CORPORATION v. ACTIVE NETWORK, INC.

      The court requests that the parties file supplemental briefs addressing the question of the relevance of the Supreme Court's recent decision in Alice Corporation v. CLS Bank (No.13-298, June 19, 2014). Supplemental briefs shall be limited to 20 pages, filed concurrently, and otherwise comply with the requirements for briefs under Rules 28 and 32. The briefs are due by July 18, 2014.

                                                      FOR THE COURT

June 27, 2014                 /s/ Daniel E. O'Toole
   Date                      Daniel E. O'Toole
                            Clerk of Court